Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Rebecca R. Perez
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC - 4 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOYAL OTIS DICKSON III,<br><br>Defendant. | INDICTMENT    2:24-CR-00167-TOR-1<br><br>Vio.: 21 U.S.C. § 841(a)(1), (b)(1)(viii)<br>Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine (Count 1)<br><br>18 U.S.C. §§ 922(g)(1), 924(a)(8)<br>Felon in Possession of a Firearm (Count 2)<br><br>18 U.S.C. § 924(c)(1)(A)(i)<br>Possession of a Firearm in Furtherance of Drug Trafficking (Count 3)<br><br>21 U.S.C. § 853, 18 U.S.C. § 924, 28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

### COUNT 1

On or about November 6, 2024, in the Eastern District of Washington, the Defendant, LOYAL OTIS DICKSON III, did knowingly possess with intent to

INDICTMENT – 1

distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

COUNT 2

On or about November 6, 2024, in the Eastern District of Washington, the Defendant, LOYAL OTIS DICKSON III, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, firearms, to wit:

- a Keltec .380 caliber handgun bearing serial number HW073;

- a Heritage .22 caliber handgun bearing serial number HR22218;

- a Ruger 9mm handgun bearing serial number 59-80401;

- a RD Industry .25 caliber handgun bearing serial number 4071879; and

- a Bersa .380 caliber handgun loaded magazine bearing serial number C02263;

which firearms had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

COUNT 3

On or about November 6, 2024, in the Eastern District of Washington, the Defendant, LOYAL OTIS DICKSON III, did knowingly possess firearms, to wit:

- a Keltec .380 caliber handgun bearing serial number HW073;

- a Heritage .22 caliber handgun bearing serial number HR22218;

- a Ruger 9mm handgun bearing serial number 59-80401;

INDICTMENT – 2

- a RD Industry .25 caliber handgun bearing serial number 4071879; and

- a Bersa .380 caliber handgun loaded magazine bearing serial number C02263;

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, Possession with Intent to Distribute Methamphetamine, as charged in Count 1, all in violation of 18 U.S.C. § 924(c)(1)(A).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, as set forth in this Indictment, Defendant, LOYAL OTIS DICKSON III, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to:

- a Keltec .380 caliber handgun bearing serial number HW073;

- a Heritage .22 caliber handgun bearing serial number HR22218;

- a Ruger 9mm handgun bearing serial number 59-80401;

- a RD Industry .25 caliber handgun bearing serial number 4071879; and

INDICTMENT – 3

- a Bersa .380 caliber handgun bearing serial number C02263, with loaded magazine.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, Defendant, LOYAL OTIS DICKSON III, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- a Keltec .380 caliber handgun bearing serial number HW073;

- a Heritage .22 caliber handgun bearing serial number HR22218;

- a Ruger 9mm handgun bearing serial number 59-80401;

- a RD Industry .25 caliber handgun bearing serial number 4071879; and

- a Bersa .380 caliber handgun bearing serial number C02263, with loaded magazine

DATED this __4__ day of December 2024.

A TRUE BILL

Vanessa R. Waldref
United States Attorney

Rebecca R. Perez
Assistant United States Attorney

INDICTMENT – 4